**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures," or "IV," or "Plaintiff") in its Complaint for Patent Infringement against Defendant United Parcel Service, Inc. ("UPS," or "Defendant"), hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is a civil action for the infringement of United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,352,584 ("the '584 Patent"), and United States Patent No. 7,822,841 ("the '841 Patent") (collectively, the "Asserted Patents") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

**THE PARTIES**

2. Intellectual Ventures II is a Delaware limited liability company with its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3. UPS is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 55 Glenlake Parkway, N.E., Atlanta, GA 30328.

4. Upon information and belief, UPS can be served with process through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

5. This civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has general personal jurisdiction over UPS because UPS is incorporated in the State of Delaware and is therefore at home in Delaware.

7. Venue is proper in the United States District Court for the District of Delaware under 28 U.S.C. § 1400(b) because UPS is incorporated in the State of Delaware and therefore resides in this District for purposes of that statute. Venue is also proper because UPS maintains a regular and established place of business in this District, including, without limitation, UPS's Customer Center located at 721 Hamburg Rd, New Castle, DE 19720. UPS has committed acts of infringement in this District by at least making, using, testing, offering for sale, and/or selling the Accused Products and services in this District, as described in more detail herein.

## FACTUAL BACKGROUND

### Intellectual Ventures

8. Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000. Intellectual Ventures Management fosters inventions and facilitates the filing of patent applications for those inventions, collaborates with others to develop and patent inventions, and acquires and licenses patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures Management's business is managing the plaintiff in this case, Intellectual Ventures II.

9. One founder of Intellectual Ventures Management is Dr. Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in various executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

10. Under Dr. Myhrvold's leadership, Intellectual Ventures acquired thousands of patents covering myriad important inventions of the Internet era, including many pertaining to the networking and computing technologies that form the foundation of the Internet. Many of these inventions coincided with Dr. Myhrvold's successful tenure at Microsoft.

## BACKGROUND OF THE TECHNOLOGY

### Cluster Computing

11. Organizations are increasingly adopting cluster computing to manage complex data analysis, and power artificial intelligence and machine learning (AI/ML) workloads. As these workloads become more variable and data-intensive, the ability to dynamically scale compute resources up or down on a per-workload basis has become critical for efficiency, cost control, and performance.

12. Cluster computing links multiple computing nodes into a cluster to work together as a single, unified entity on a given processing task. By pooling resources, enterprises can scale application performance far beyond what would be possible with a single, conventional computer. To handle the most demanding workloads, many companies utilize high-performance computing (HPC), grouping thousands of nodes to achieve the massive computational power necessary for high-speed processing and advanced problem-solving.

13. Traditionally, cluster computing—including HPC—was difficult to implement, costly to maintain, and inflexible in its configuration. For example, the various implementations of computing clusters could be targeted only at one configuration—that is, high performance (HPC) or high availability (HA), but not both—and could not be changed from one configuration to the other once implemented. This rigidity extended to scaling, where capacity often had to be provisioned in advance rather than adjusted dynamically as workloads evolved. These barriers prevented wide-spread adoption of the technology and relegated it to huge labs operated by multi-national organizations, wealthy governments, or very large companies and research institutions. While the proliferation of the public cloud revolutionized how organizations consume data and enabled migration of many applications off-premises, it did not fully resolve the challenges associated with dynamically scaling cluster workloads or HPC environments.

14. To overcome these limitations, there has been a significant push to deliver HPC and other cluster computing models as a service, enabling users to dynamically scale workloads without the burden of owning and maintaining fixed, overprovisioned infrastructure. HPC as a Service (HPCaaS) is often combined with container orchestrators, such as Kubernetes, which can manage compute, storage, and networking resources.

15. As explained further below, the inventors of the Asserted Patents developed novel systems and methods that are foundational to users' and clients' ability to configure computing clusters for specific workloads and to dynamically scale compute resources in response to changing demand.

**THE ASSERTED PATENTS**

16. On December 11, 2012, the United States Patent and Trademark Office issued United States Patent No. 8,332,844, titled ROOT IMAGE CACHING AND INDEXING FOR

BLOCK-LEVEL DISTRIBUTED APPLICATION MANGEMENT. The ’844 Patent is valid and enforceable. A true and correct copy of the ’844 Patent is attached hereto as **Exhibit 1**.

17. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the ’844 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

18. The ’844 Patent is directed to systems, methods, and/or apparatuses for the block-level distribution of an application environment to compute nodes, including the caching and indexing of root images.

19. The inventions of the ’844 Patent were conceived by Pradip Kulkarni, Mukul Kumar, Adhir Potdar, Richard Au, and Tung Nguyen, while at Panta Systems (Panta), a Cupertino, California startup that was an early pioneer in building efficient, scalable, and dynamically configurable computer systems for data centers. Panta focused its efforts on building a new type of data center in which applications were dynamically scheduled and deployed on grids of computing resources that could be quickly configured to best meet the needs of the business for availability, performance, and utilization of resources. The lead inventor, Pradip Kulkarni, received his college education from the world famous Indian Institute of Technology, Bombay (IIT) and subsequently was named inventor on over 25 patents that have been assigned to industry leaders, such as Veritas Technologies, Symantec Corporation and Cohesity.

20. On January 8, 2013, the United States Patent and Trademark Office issued United States Patent No. 8,352,584, titled SYSTEM FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS. The ’584 Patent is valid and enforceable. A true and correct copy of the ’584 Patent is attached hereto as **Exhibit 2**.

21. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the ’584 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

22. The ’584 patent is directed to systems, methods, and/or apparatuses for hosting computing clusters for clients, each cluster having differing configurations and including a gateway mechanism allowing for the independent configuration of each cluster on a private communication network.

23. The inventions of the ’584 Patent were conceived by Jeffrey B. Franklin, a serial entrepreneur and co-founder of Modern Grids, Inc., an early pioneer in custom hosted high-performance cluster computing. Mr. Franklin received his bachelor’s degree in computer science and computer engineering from Kettering University and subsequently worked for industry leaders, such as Rockwell Automation and Ansys, Inc., before co-founding Modern Grids, Inc. and joining Limitless Computing as CTO. Mr. Franklin is a named inventor on numerous patents over his 25-year career in the technology industry and, in addition to designing and developing pioneering cloud technology and foundational frameworks for the same from the ground up, has played a key role in bringing over ten AR/VR/Cloud products and services to market, including some used by industry leaders like Apple and Google.

24. On October 26, 2010, the United States Patent and Trademark Office issued United States Patent No. 7,822,841, titled METHOD AND SYSTEM FOR HOSTING MULTIPLE, CUSTOMIZED COMPUTING CLUSTERS. The ’841 Patent is valid and enforceable. A true and correct copy of the ’841 Patent is attached hereto as **Exhibit 3**.

25. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the ’841 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

26. The ’841 patent is directed to systems, methods, and/or apparatus for hosting computing clusters for clients, each cluster having differing configurations and including a monitoring system that monitors the clusters for operational problems on a per-cluster and per-node basis and controls client access to the clusters.

27. The inventions of the ’841 Patent were also conceived by Jeffrey B. Franklin.

**COUNT I**

(Defendant’s Infringement of U.S. Patent No. 8,332,844)

28. The preceding paragraphs are incorporated by reference as if fully set forth herein.

29. The claims of the ’844 Patent are directed to valid, enforceable, and patent-eligible subject matter. In particular, the ’844 Patent is directed to, *inter alia*, systems and methods for block-level distribution of an application environment to multiple compute nodes. The claimed invention comprises a read-only root image shared across all nodes in a cluster and a writable leaf image for each individual node, such that modifications are stored only when and where they occur. By avoiding wholesale duplication of the root image and instead copying data only upon modification, the invention significantly reduces computer resource consumption, including data storage, bandwidth, and processing time.

30. The inventions claimed in the ’844 Patent provide a specific technical solution to a previously unsolved technological problem. In traditional cluster computing architectures, each node stores identical boot images. Creating and updating these images across hundreds, and

sometimes thousands, of nodes is cumbersome, and, once deployed, there is significant redundancy in the operations of the compute nodes. For example, when each node in a cluster conventionally indexes its file system, the index results will only vary slightly from node to node causing redundancy in the operation of the computer nodes and ultimately resulting in inefficient use of CPU resources, disk space, and data bus bandwidth.

31. Prior attempts at mitigating these inefficiencies included branching store file systems, in which a read-only root image of an application environment is placed on a node that is accessible by all nodes in a cluster, and in which changes made by a compute node to the root image are stored in a "leaf" image unique to that compute node. The changes recorded in that leaf images are then merged with the root image enabling the compute node that made the changes to run its own unique and cohesive instance of the application environment. However, because such solutions operate at the file system level, whose operation is inherently dependent on the underlying operating system, a separate version of such file systems must be created, for each operating system. This makes it difficult to migrate a computing cluster to a new operating system.

32. To address these shortcomings, the inventors of the '844 Patent developed an operating system-independent system and method for distributing an application environment to compute nodes, comprising storing blocks of a root image on a first storage unit (coupled to all nodes), and storing "leaf images" for each compute node on respective second storage units including the blocks of the root image that have been accessed and/or changed by the relevant compute node. Claim 7 of the '844 Patent further specifies that the leaf images include only additional data blocks not previously contained in the root images and changes made by

respective compute nodes to the blocks of the root image. Further, the leaf images do not contain blocks of the root image that have not been changed.

33. The systems covered by the asserted claims, therefore, differ markedly from the prior systems in use at the time of this invention, some of which required that separate and complete boot images be created and stored for each node, and, as a result, lacked efficient block-level storage. In the claimed invention, the root image is stored in a first storage unit, to which all the nodes have read access. Because the root image is shared and remains unmodified, operations performed on it (such as indexing) need only be executed once, and the results of such operations can then be reused by other nodes in the cluster, significantly reducing redundant computation and conserving system resources.

34. One of the many additional advantages of the systems and methods disclosed in the ’844 Patent is that adding an additional compute node to the application environment does not require copying the entire contents of the root image into the new node. Instead, it involves registering a new unit block device (UBD, which is effectively a low level driver that operates as an interface between storage devices and the file system of each node) with the system, which can be accomplished quickly. A compute node mounts its instantiation of the application environment via its respective UBD, which obtains the information necessary to create the application environment from the root image in the first storage unit and its respective node’s leaf images. System startup time and general performance are further improved through the caching of frequently accessed portions of the root image. For example, when a second compute node goes to boot, any data required by the second compute node that was previously accessed by the first compute node can be served out of the cache created by the first compute node, rather than the first storage unit. Additionally, updating the boot image for the entire cluster can be

achieved efficiently by updating the shared root image, without requiring duplication or redistribution of complete images to individual nodes. Also, because UBDs (and more generally the systems and methods disclosed in the ’844 Patent) operate below the file system within a computer’s storage stack, they are file system independent and operating system independent.

35. Defendant has directly infringed and continues to directly infringe at least claim 7 of the ’844 Patent, either literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States systems covered by one or more claims of the ’844 Patent. Defendant’s products and/or services that infringe the ’844 Patent include, but are not limited to, UPS’s ORION (On-Road Integrated Optimization and Navigation), as well as any other UPS products and/or services, either alone or in combination, that operate in substantially the same manner (the “Accused ’844 Products”).

36. Claim 7 of the ’844 Patent is reproduced below:

*7. A method for providing data to a plurality of compute nodes, comprising:*

*storing blocks of a root image of said compute nodes on a first storage unit;*

*storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and*

*caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.*

37. The Accused ’844 Products perform a method for providing data to a plurality of compute nodes. For example, ORION runs on Kubernetes, which uses “containerd” (the final “d” in “containerd” stands for “daemon,” which is a term for a program that runs continually in the background) for running and managing containers, including providing data to a plurality of compute nodes, as seen below:

By leveraging technologies like ORION (On-Road Integrated Optimization and Navigation), UPS significantly enhances delivery efficiencies, which translates into greater efficiencies for manufacturers. The system employs artificial intelligence and machine learning to identify the most efficient route for each driver, based on package volume, customer locations, and traffic patterns. It continuously learns and adapts from real-time data, offering instant rerouting based on road and weather conditions, as well as the driver’s location.

https://www.ups.com/us/en/customized-shipping-logistic-services/manufacturing-logistics-services/power-your-business-with-sustainable-warehousing

UPS’ On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka’s exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Operators are software extensions to Kubernetes that make use of custom resources to manage applications and their components. Operators follow Kubernetes principles, notably the control loop.

https://kubernetes.io/docs/concepts/extend-kubernetes/operator/

Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

https://kubernetes.io/

In Kubernetes (K8s), the container runtime is the component responsible for running the containers within each Pod on a worker node. It interacts with the Kubelet (the Kubernetes agent on each node) to manage the lifecycle of containers, such as starting, stopping, and deleting containers. Kubernetes does not run containers directly but uses container runtimes to handle this task.

*containerd :*

- containerd is a high-performance container runtime used by Docker internally but can also be used independently as a standalone runtime for Kubernetes.
- It is lightweight and natively integrates with Kubernetes via the CRI. containerd is currently the most popular and widely adopted container runtime in Kubernetes environments.

https://medium.com/@kamran.engineer.bsl/container-runtimes-for-k8s-329afd50cdb7

## containerd

Containerd is an OCI compliant core container runtime designed to be embedded into larger systems. It provides the minimum set of functionality to execute containers and manages images on a node. It was initiated by Docker Inc. and donated to CNCF in March of 2017. The Docker engine itself is built on top of earlier versions of containerd, and will soon be updated to the newest version. Containerd is close to a feature complete stable release, with 1.0.0-beta.1 available right now.

https://kubernetes.io/blog/2017/11/containerd-container-runtime-options-kubernetes/

Let's use an example to demonstrate how cri-containerd works for the case when Kubelet creates a single-container pod:

1. Kubelet calls cri-containerd, via the CRI runtime service API, to create a pod;
2. cri-containerd uses containerd to create and start a special pause container (the *sandbox container*) and put that container inside the pod's cgroups and namespace (steps omitted for brevity);
3. cri-containerd configures the pod's network namespace using CNI;
4. Kubelet subsequently calls cri-containerd, via the CRI image service API, to pull the application container image;
5. cri-containerd further uses containerd to pull the image if the image is not present on the node;
6. Kubelet then calls cri-containerd, via the CRI runtime service API, to create and start the application container inside the pod using the pulled container image;
7. cri-containerd finally calls containerd to create the application container, put it inside the pod's cgroups and namespace, then to start the pod's new application container. After these steps, a pod and its corresponding application container is created and running.

https://kubernetes.io/blog/2017/11/containerd-container-runtime-options-kubernetes/




https://kubernetes.io/blog/2017/11/containerd-container-runtime-options-kubernetes/




https://kubernetes.io/blog/2017/11/containerd-container-runtime-options-kubernetes/




https://medium.com/@kikuchidaisuke.zr/cri-containerd-explained-29ad5c598f8b

38. The Accused '844 Products store blocks of a root image of said compute nodes on a first storage unit. For example, Kubernetes-based ORION stores container images that are not modified when containers are running (i.e., original images) in the content store (e.g., a read-only storage layer), as seen below:

## Understanding Kubernetes disk usage

Kubernetes has persistent data and ephemeral data. The base path for the kubelet and local Kubernetes-specific storage is configurable, but it is usually assumed to be `/var/lib/kubelet`. In the Kubernetes docs, this is sometimes referred to as the root or node filesystem. The bulk of this data can be categorized into:

- ephemeral storage
- logs
- and container runtime

## Container runtime

The container runtime has two different areas of storage for containers and images.

- read-only layer: Images are usually denoted as the read-only layer, as they are not modified when containers are running. The read-only layer can consist of multiple layers that are combined into a single read-only layer. There is a thin layer on top of containers that provides ephemeral storage for containers if the container is writing to the filesystem.
- writeable layer: Depending on your container runtime, local writes might be implemented as a layered write mechanism (for example, `overlayfs` on Linux or CimFS on Windows). This is referred to as the writable layer. Local writes could also use a writeable filesystem that is initialized with a full clone of the container image; this is used for some runtimes based on hypervisor virtualisation.

The container runtime filesystem contains both the read-only layer and the writeable layer. This is considered the `imagefs` in Kubernetes documentation.

https://kubernetes.io/blog/2024/01/23/kubernetes-separate-image-filesystem/#:~:text=The%20container%20runtime%20usually%20writes,/var/lib/containerd%20

### containerd

The containerd runtime uses a TOML configuration file to control where persistent and ephemeral data is stored. The default path for the config file is located at `/etc/containerd/config.toml`.

The relevant fields for containerd storage are `root` and `state`.

- `root`
  - The root directory for containerd metadata
  - Default is `/var/lib/containerd`
  - Root also requires SELinux labels if your OS requires it
- `state`
  - Temporary data for containerd
  - Default is `/run/containerd`

https://kubernetes.io/blog/2024/01/23/kubernetes-separate-image-filesystem/#:~:text=The%20container%20runtime%20usually%20writes,/var/lib/containerd%20

### 1.2.1 Saving the Original Image

- First, the manifest, config, and blob are stored in the `content store`, the default path is:

bash
```
/var/lib/containerd/io.containerd.content.v1.content/blobs/
```

https://midbai.com/en/post/how-containerd-image-store/

39. The Accused ’844 Products further store leaf images for respective compute nodes on respective second storage units. For example, Kubernetes-based ORION stores

writeable images (i.e., an active snapshot of the original image) in the topmost layer of the image, as seen below:

## Understanding Kubernetes disk usage

Kubernetes has persistent data and ephemeral data. The base path for the kubelet and local Kubernetes-specific storage is configurable, but it is usually assumed to be `/var/lib/kubelet`. In the Kubernetes docs, this is sometimes referred to as the root or node filesystem. The bulk of this data can be categorized into:

- ephemeral storage
- logs
- and container runtime

## Container runtime

The container runtime has two different areas of storage for containers and images.

- read-only layer: Images are usually denoted as the read-only layer, as they are not modified when containers are running. The read-only layer can consist of multiple layers that are combined into a single read-only layer. There is a thin layer on top of containers that provides ephemeral storage for containers if the container is writing to the filesystem.
- writeable layer: Depending on your container runtime, local writes might be implemented as a layered write mechanism (for example, `overlayfs` on Linux or CimFS on Windows). This is referred to as the writable layer. Local writes could also use a writeable filesystem that is initialized with a full clone of the container image; this is used for some runtimes based on hypervisor virtualisation.

The container runtime filesystem contains both the read-only layer and the writeable layer. This is considered the `imagefs` in Kubernetes documentation.

### containerd

The containerd runtime uses a TOML configuration file to control where persistent and ephemeral data is stored. The default path for the config file is located at `/etc/containerd/config.toml`.

The relevant fields for containerd storage are `root` and `state`.

- `root`
  - The root directory for containerd metadata
  - Default is `/var/lib/containerd`
  - Root also requires SELinux labels if your OS requires it
- `state`
  - Temporary data for containerd
  - Default is `/run/containerd`

https://kubernetes.io/blog/2024/01/23/kubernetes-separate-image-filesystem/#:~:text=The%20container%20runtime%20usually%20writes,/var/lib/containerd%20

### 1.2.1 Saving the Original Image

- First, the manifest, config, and blob are stored in the `content store`, the default path is:

```bash
/var/lib/containerd/io.containerd.content.v1.content/blobs/
```

### 1.2.2 Unpacking the Image and Creating Snapshots

- Each layer of the blob is unpacked, and its content is stored in the `snapshots` directory. The Snapshotter manages the image's layered file system, with the default Snapshotter being overlayfs. The files are stored at:

```text
/var/lib/containerd/io.containerd.snapshotter.v1.overlayfs/snapshots/
```

When a container is generated, a snapshot is created based on the top layer of the image to serve as the container's file system.

## 2.5 Snapshot

Since each image layer is compressed and immutable, it cannot be directly used by a container. The image must be mounted as a filesystem for the container to use it. This process is called "snapshotting," and in containerd, each layer of the image is a snapshot, with each lower layer serving as the parent of the layer above. The default snapshotter used is `overlayfs`.

The snapshot's digest is calculated by merging the data from the parent layer. Therefore, the first layer's digest is the value of `containerd.io/uncompressed`, while the other layers' snapshot digests will differ from the corresponding `containerd.io/uncompressed` values. The digest of the topmost layer's snapshot is stored in the label `containerd.io/gc.ref.snapshot.overlayfs` in the config.

A snapshot's kind can be `Committed` (immutable) or `Active` (read-write).

## 3 Container Creation

When a container is created, an `Active` snapshot is generated, with its parent being the final image snapshot.

For the container `17bb90bf08d8be9c4e4bf36dae6239bbe0322a735899ece4193b76fe9715`, a snapshot directory `/var/lib/containerd/io.containerd.snapshotter.v1.overlayfs/snapshots/174` was created as the `upperdir` and `workdir` for overlay.

https://midbai.com/en/post/how-containerd-image-store/

40. In the Accused '844 Products, the leaf images include only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not

include blocks of said root image that are unchanged by respective compute nodes. For example, in Kubernetes-based ORION, the writeable layer is created based on the top layer of the container image and does not include immutable, original image content.

## Container runtime

The container runtime has two different areas of storage for containers and images.

- read-only layer: Images are usually denoted as the read-only layer, as they are not modified when containers are running. The read-only layer can consist of multiple layers that are combined into a single read-only layer. There is a thin layer on top of containers that provides ephemeral storage for containers if the container is writing to the filesystem.
- writeable layer: Depending on your container runtime, local writes might be implemented as a layered write mechanism (for example, `overlayfs` on Linux or CimFS on Windows). This is referred to as the writable layer. Local writes could also use a writeable filesystem that is initialized with a full clone of the container image; this is used for some runtimes based on hypervisor virtualisation.

The container runtime filesystem contains both the read-only layer and the writeable layer. This is considered the `imagefs` in Kubernetes documentation.

https://kubernetes.io/blog/2024/01/23/kubernetes-separate-image-filesystem/#:~:text=The%20container%20runtime%20usually%20writes,/var/lib/containerd%20

### 1.2 containerd Image Storage Process

The containerd image storage process consists of two steps: **Saving the original image** and **Unpacking the image to create snapshots**.

The diagram below shows the key steps and file storage locations in the containerd image storage process, where the content store is containerd's content storage area, and snapshots represent the snapshot storage area. A snapshot can be understood as a decompressed layer of the image.




containerd image store

Since each image layer is compressed and immutable, it cannot be directly used by a container. The image must be mounted as a filesystem for the container to use it. This process is called "snapshotting," and in containerd, each layer of the image is a snapshot, with each lower layer serving as the parent of the layer above. The default snapshotter used is `overlayfs`.

The snapshot's digest is calculated by merging the data from the parent layer. Therefore, the first layer's digest is the value of `containerd.io/uncompressed`, while the other layers' snapshot digests will differ from the corresponding `containerd.io/uncompressed` values. The digest of the topmost layer's snapshot is stored in the label `containerd.io/gc.ref.snapshot.overlayfs` in the config.

A snapshot's kind can be `Committed` (immutable) or `Active` (read-write).

## 3 Container Creation

When a container is created, an `Active` snapshot is generated, with its parent being the final image snapshot.

In this example, there are two containers, resulting in two snapshots. The snapshot name corresponds to the container ID, and both containers have `sha256:98b2b8dceda4d797430d2160aff66d6ad2eaaee440072f10c3fbbc56a338b951` as their parent.

## 4 Summary

The storage of containerd images includes the original image content, the decompressed image files, and related metadata.

- The original image content (pulled or imported images) is stored in the `io.containerd.content.v1.content` directory.
- When a container is created, a new snapshot is generated on top of the topmost image layer snapshot, which is used as the container's filesystem.

https://midbai.com/en/post/how-containerd-image-store/

41. The Accused '844 Products further cache blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory. For example, in Kubernetes-based ORION, images are cached in a centralized image cache that all nodes can access.

In most use-cases it's not enough. Most Cloud Kubernetes clusters today require auto-scaling and are dynamically allocated Nodes based on the customer's usage. What if multiple nodes have to pull the same image multiple times? And if this image is heavy, that can take minutes. In the applicative autoscaling world, that is a relatively long time.




The expected solution needs to have a cache layer on top of Kubernetes, so that Kubernetes has a centralized image cache and all nodes "pull" from it. But because the cache needs to be very fast, the caching solutions needs to sit **inside** Kubernetes, and all nodes should have the fastest latency towards it.

A pull-through proxy cache is a caching mechanism designed to optimize the distribution and retrieval of container images within a container registry environment. It acts as an intermediary between clients (such as container runtimes or build systems) and the upstream container registry.

When a client requests a container image, the pull-through proxy cache checks if it already has a local copy of the requested image. If the image is present, the proxy cache serves it directly to the client, eliminating the need to download it from the upstream registry. This reduces network latency and conserves bandwidth.

https://medium.com/@elementtech.dev/kubernetes-image-proxy-cache-from-minutes-to-milliseconds-fd14173e831f

kubernetes Documentation Kubernetes Blog Training Careers

Search this site

- Documentation
- Getting started
- Concepts
  - Overview
  - Cluster Architecture
  - Containers
    - **Images**
    - Container Environment
    - Runtime Class
    - Container Lifecycle Hooks
    - Container Runtime Interface (CRI)
  - Workloads
  - Services, Load Balancing, and Networking
  - Storage
  - Configuration
  - Security

# Updating images

When you first create a Deployment, StatefulSet, Pod, or other object that includes a PodTemplate, and a pull policy was not explicitly specified, then by default the pull policy of all containers in that Pod will be set to `IfNotPresent`. This policy causes the kubelet to skip pulling an image if it already exists.

## Image pull policy

The `imagePullPolicy` for a container and the tag of the image both affect *when* the kubelet attempts to pull (download) the specified image.

Here's a list of the values you can set for `imagePullPolicy` and the effects these values have:

**`IfNotPresent`**

the image is pulled only if it is not already present locally.

**`Always`**

every time the kubelet launches a container, the kubelet queries the container image registry to resolve the name to an image digest. If the kubelet has a container image with that exact digest cached locally, the kubelet uses its cached image; otherwise, the kubelet pulls the image with the resolved digest, and uses that image to launch the container.

**`Never`**

the kubelet does not try fetching the image. If the image is somehow already present locally, the kubelet attempts to start the container; otherwise, startup fails. See pre-pulled images for more details.

- Workloads
- Services, Load Balancing, and Networking

The caching semantics of the underlying image provider make even `imagePullPolicy: Always` efficient, as long as the registry is reliably accessible. Your container runtime can notice that the image layers already exist on the node so that they don't need to be downloaded again.

https://kubernetes.io/docs/concepts/containers/images/

**COUNT II**

(Defendant's Infringement of U.S. Patent No. 8,352,584)

42. The preceding paragraphs are incorporated by reference as if fully set forth herein.

43. The claims of the '584 Patent are directed to valid, enforceable, and patent eligible subject matter. Particularly, the '584 Patent claims and teaches, *inter alia*, a novel architecture for hosting and monitoring multi-cluster systems having different configurations. Unlike prior systems, the present invention enables a dynamically customizable and highly scalable cluster environment that can be centrally monitored and managed. The '584 Patent achieves this by introducing gateway mechanisms for separating the traffic of each cluster, while allowing controlled access to enable centralized monitoring across clusters, as discussed in further detail below.

44. The inventions claimed in the '584 Patent provide a specific technical solution to a previously unsolved technological problem. Earlier attempts to provide and monitor hosted infrastructure for cluster computing required each cluster to have the same configuration tailored to the same or similar processing task. As a result, users lacked the ability to configure individual clusters for a particular need or computing task. To overcome this problem, the inventors of the '584 Patent developed a novel method and system for hosting and monitoring a set of computer clusters, comprising a first cluster in a first configuration and a second cluster in a second configuration, wherein the first cluster and second cluster are communicatively linked to a private communications network via a first gateway and a second gateway, respectively. The

private communications network is further linked to a public communications network. Claim 1 of the '584 Patent specifies that the first cluster and second cluster are high performance clusters, and that the communications between the first cluster and second cluster are isolated. Claim 1 further specifies that a monitoring system monitors operations of the first cluster and the second cluster for communications problems.

45. Claim 1 recites, and the specification further describes, that communications between the first cluster and the second cluster are isolated. This cluster isolation abstracts each cluster's internal configuration from the private company network, allowing each cluster's configuration to be selected and maintained independently of other clusters on the network. The claimed system achieves this isolation and abstraction by introducing a gateway mechanism. This gateway mechanism isolates each cluster while also keeping all clusters connected to a common network. These seemingly competing functions – isolating clusters while maintaining a common network connectivity – provide a key benefit of the claimed invention. By isolating each cluster so that communications within a cluster remain separate, a client can readily select and dynamically configure each individual cluster. And by connecting each cluster to a common network, the client can more easily administer and monitor multiple individual clusters.

46. At the time of the invention, two problems with clustered computing prevented potential users from fully taking advantage of these systems' computing power. First, clusters were too expensive in both resources and cost, and too difficult to monitor and administer, for some clients. Second, many proposed systems for remotely monitoring and administering clusters required the clusters to be uniform in design. That approach was not ideal because individual clients may have different needs requiring different configurations. Accordingly, there remained a need to provide clusters that served each client's unique requirements without

imposing an unacceptable burden on the client's resources including the cost of monitoring and administering the clusters and their constituent nodes. To address that need, the inventors of the '584 patent introduced the gateway mechanism described above, which first provides for the isolation of an individual cluster's traffic from another cluster's traffic, which in turn enables the clusters to be individually configured. The gateway mechanism introduced by the inventors also provides connectivity between the clusters, even if differently configured, and a common network so as to ease administration and monitoring across clusters. As a result, clients can enjoy centralized administration and monitoring across clusters while also allowing being able to select and maintain a configuration for each cluster to fit particular needs.

47. The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which were not adapted to isolate traffic between clusters so as to enable each cluster to be configured differently, while connecting clusters to a common network to support centralized monitoring and easier administration across clusters. Specifically, the prior systems lacked a gateway mechanism that could isolate traffic between clusters so as to enable each cluster to be configured differently, while connecting clusters to a common network to support centralized monitoring and easier administration across clusters.

48. Defendant has directly infringed and continues to directly infringe at least claim 1 of the '584 Patent, either literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and importing into the United States systems covered by one or more claims of the '584 Patent. Defendant's products and/or services that infringe the '584 Patent include, but are not limited to, UPS's ORION (On-Road Integrated Optimization and

Navigation), as well as any other UPS products and/or services, either alone or in combination, that operate in substantially the same manner (the "Accused '584 Products" ).

49. Claim 1 of the '584 Patent is reproduced below:

*1. A computer system, comprising:*

*a private communications network linked to a public communications network;*

*a first cluster comprising a set of computing resources, comprising at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;*

*a second cluster comprising a set of computing resources comprising at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and*

*a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;*

*wherein the first configuration differs from the second configuration;*

*wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and*

*wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;*

*wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;*

*wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;*

*wherein the communications between the first cluster and the second cluster are isolated;*

*wherein the first cluster is a high performance cluster; and*

*wherein the second cluster is a high performance cluster.*

50. The Accused '584 Products include a computer system. For example, ORION runs on Kubernetes, a system for automating deployment, scaling, and management of clusters, as seen below:

By leveraging technologies like ORION (On-Road Integrated Optimization and Navigation), UPS significantly enhances delivery efficiencies, which translates into greater efficiencies for manufacturers. The system employs artificial intelligence and machine learning to identify the most efficient route for each driver, based on package volume, customer locations, and traffic patterns. It continuously learns and adapts from real-time data, offering instant rerouting based on road and weather conditions, as well as the driver's location.

https://www.ups.com/us/en/customized-shipping-logistic-services/manufacturing-logistics-services/power-your-business-with-sustainable-warehousing

As with ORION, UPS developed UPSNav with in-house technology for the unique role of its delivery drivers and leveraging UPS maps.

https://about.ups.com/us/en/newsroom/press-releases/innovation-driven/ups-deploys-purpose-built-navigation-for-ups-service-personnel.html

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Operators are software extensions to Kubernetes that make use of custom resources to manage applications and their components. Operators follow Kubernetes principles, notably the control loop.

https://kubernetes.io/docs/concepts/extend-kubernetes/operator/

Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

https://kubernetes.io/

You can download Kubernetes to deploy a Kubernetes cluster on a local machine, into the cloud, or for your own datacenter.

https://kubernetes.io/docs/setup/

## The Kubernetes network model

The Kubernetes network model is built out of several pieces:

- Each pod in a cluster gets its own unique cluster-wide IP address.
  - A pod has its own private network namespace which is shared by all of the containers within the pod. Processes running in different containers in the same pod can communicate with each other over `localhost`.
- The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation):
  - All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT).

    On Windows, this rule does not apply to host-network pods.
  - Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node.

https://kubernetes.io/docs/concepts/services-networking/

**The Kubernetes network** model makes it possible for different components of a Kubernetes cluster, like **Nodes**, **Pods**, **Services**, and external traffic, to talk to each other. Kubernetes manages network traffic automatically, directing it across your Nodes to get to your resources.

https://medium.com/@a-dem/kubernetes-networking-explained-in-details-4e56efb93bd8

51. The Accused '584 Products further include a private communications network linked to a public communications network. For example, the Kubernetes-based ORION comprises UPS's private cloud environments (for example, UPS's Package Flow Technology (PFT) foundation) which are linked, via Kubernetes, to public cloud environments, such as the Internet, as seen below:

ORION sits atop the innovative Package Flow Technology (PFT) foundation that UPS developed to streamline and modernize its P&D operations. Launched in 2003, PFT enabled UPS to become more flexible and introduce a host of customized services. PFT combines data from multiple sources, public as well as proprietary, and advanced analytical tools to provide UPS with unparalleled flexibility and efficiency that were necessary to meet today's complex needs. PFT alone (excluding ORION savings) is credited with saving 8.5 million gallons of fuel, and reducing the $CO_2$ emissions by 85,000 metric tons annually. A decade after it was deployed, *InformationWeek* named PFT as one of the "20 Great Ideas to Steal in 2013." PFT combines data from multiple sources.

https://www.informs.org/Impact/O.R.-Analytics-Success-Stories/Optimizing-Delivery-Routes

### 1.3 Big Data At Ups

UPS is no stranger to big data, having begun to capture and track a variety of package movements and transactions as early as the 1980s. The company now tracks data on 16.3 million packages per day for 8.8 million customers, with an average of 39.5 million tracking requests from customers per day. The company stores over 16 peta-bytes of data [9].

Much of its recently acquired big data, however, comes from telematic sensors in over 46,000 vehicles. The data on UPS package cars (trucks), for example, includes their speed, direction, braking, and drive train performance [10]. The data is not only used to monitor daily performance, but to drive a major redesign of UPS drivers' route structures. This

initiative, called ORION (On-Road Integrated Optimization and Navigation), is arguably the world's largest operations research project. It also relies heavily on online map data, and will eventually reconfigure a driver's pickups and drop-offs in real time. The project has already led to savings in 2011 of

https://research.ijcaonline.org/volume108/number12/pxc3900288.pdf




https://www.youtube.com/watch?si=BD_jjiZ3BuBreSV-&v=vyqIuXB_Qug&feature=youtu.be

Cloud infrastructure technologies let you run Kubernetes on public, private, and hybrid clouds. Kubernetes believes in automated, API-driven infrastructure without tight coupling between components.

The cloud-controller-manager is a Kubernetes control plane component that embeds cloud-specific control logic. The cloud controller manager lets you link your cluster into your cloud provider's API, and separates out the components that interact with that cloud platform from components that only interact with your cluster.

https://kubernetes.io/docs/concepts/architecture/cloud-controller/

Kubernetes and hybrid cloud are a natural fit, with Kubernetes as the bridge connecting the disparate private and public cloud environments. Whether running workloads on-premises, in public clouds, or in combination, Kubernetes provides a unified management layer, enabling seamless application deployment, workload mobility, and resource optimization. By deploying Kubernetes in a hybrid cloud setup, organizations can achieve unprecedented scalability, agility, and portability across their infrastructure.

https://www.apptio.com/topics/kubernetes/multi-cloud/hybrid/?src=kc-com

52. The Accused ’584 Products include a first cluster in a first configuration and a second cluster in a second configuration, wherein the first cluster and second cluster each comprise a set of computing resources, including at least one hardware processor, and are each linked to the private communications network. For example, ORION includes several cluster configurations, in which each configuration includes software and hardware specific to a particular use, such as data-ingestion, decision-making, and continuous learning. Each compute resource includes a processor, and is networked via a private communication network as noted above and illustrated below:

ORION’s architecture combines multiple AI and machine learning (ML) models, supported by high-performance computing infrastructure. Here’s how it works:

1. **Data Ingestion:** ORION pulls data from GPS, telematics devices, historical delivery records, and real-time sources like traffic and weather feeds.
2. **Decision-Making:** It uses reinforcement learning algorithms to evaluate millions of route combinations, selecting the most efficient one for each driver.
3. **Continuous Learning:** As drivers complete routes, ORION collects feedback to refine its models, making it smarter with every delivery.

https://cdotimes.com/2025/01/06/ups-and-agentic-ai-a-case-study-in-logistics-innovation/

UPS’ On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka’s exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

https://kubernetes.io/docs/concepts/architecture/

Containers are similar to VMs, but they have relaxed isolation properties to share the Operating System (OS) among the applications. Therefore, containers are considered lightweight. Similar to a VM, a container has its own filesystem, share of CPU, memory, process space, and more. As they are decoupled from the underlying infrastructure, they are portable across clouds and OS distributions.

https://kubernetes.io/docs/concepts/overview/

When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/

This page shows how to assign a CPU *request* and a CPU *limit* to a container. Containers cannot use more CPU than the configured limit. Provided the system has CPU time free, a container is guaranteed to be allocated as much CPU as it requests.

https://kubernetes.io/docs/tasks/configure-pod-container/assign-cpu-resource/




https://gtrekter.medium.com/deep-dive-into-multi-cluster-with-linkerd-terraform-and-naver-cloud-e1ac44e93b53

You can download Kubernetes to deploy a Kubernetes cluster on a local machine, into the cloud, or for your own datacenter.

https://kubernetes.io/docs/setup/

Cloud infrastructure technologies let you run Kubernetes on public, private, and hybrid clouds. Kubernetes believes in automated, API-driven infrastructure without tight coupling between components.

https://kubernetes.io/docs/concepts/architecture/cloud-controller/




https://kubernetes.io/docs/concepts/architecture/cloud-controller/

53. The Accused '584 Products further include a monitoring system to monitor operations of the first cluster and the second cluster for communications problems. For example, the Kubernetes-based ORION monitors clusters for network issues, as seen below:

https://www.youtube.com/watch?v=vyqIuXB_Qug (statement by Juan Perez, Chief Information Officer, UPS at 21:04-29) ("In terms of reliability, we mirror data across two data centers, very capable, very strong data centers. And we use redundant servers. If any server has a failure, the system automatically removes that server from the server farm and transfers that entire load to another server automatically. If a catastrophic failure happens in a given data center, the other data center takes over in minutes.")

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Kubernetes monitoring gives you insight into the health and performance of your containerized applications. It's how you monitor everything running inside your Kubernetes clusters, from individual containers and pods to overall cluster resources.

**Comprehensive monitoring is key for healthy Kubernetes clusters:** Track resource usage, application performance, network health, and pod status to gain a complete picture of your system. Use tools like Prometheus and Grafana for robust data collection and visualization.

Network performance is critical for any distributed application, and Kubernetes is no exception. Monitoring network metrics like network traffic, latency, and packet loss helps identify and resolve network issues that can impact application performance.

https://www.plural.sh/blog/monitor-kubernetes-cluster/

54. In the Accused '584 Products, the first configuration differs from the second cluster. For example, in Kubernetes-based ORION, each cluster can be configured using a unique configuration for different user workloads (i.e., data ingestion, decision-making, etc.), as seen below:

ORION's architecture combines multiple AI and machine learning (ML) models, supported by high-performance computing infrastructure. Here's how it works:

1. **Data Ingestion:** ORION pulls data from GPS, telematics devices, historical delivery records, and real-time sources like traffic and weather feeds.
2. **Decision-Making:** It uses reinforcement learning algorithms to evaluate millions of route combinations, selecting the most efficient one for each driver.
3. **Continuous Learning:** As drivers complete routes, ORION collects feedback to refine its models, making it smarter with every delivery.

https://cdotimes.com/2025/01/06/ups-and-agentic-ai-a-case-study-in-logistics-innovation/

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Depending on your architectural design, different clusters in your environment require different configurations to meet the specific needs of each cluster. That is detailed work, and there is no way around it. Another level of the same challenge is the firewall configuration. In a single-cluster architecture, you are accessing a single API server at a specific address.

https://traefik.io/glossary/understanding-multi-cluster-kubernetes

Multi-clusters in Kubernetes are the deployment of several clusters across different data centres or cloud regions. In terms of your application, it means using more than one Kubernetes cluster to deploy and manage your product.

https://www.everythingdevops.dev/blog/introduction-to-multi-clusters




A Kubernetes control plane component that embeds cloud-specific control logic. The cloud controller manager lets you link your cluster into your cloud provider's API, and separates out the components that interact with that cloud platform from components that only interact with your cluster.

https://kubernetes.io/docs/concepts/architecture/




https://gtrekter.medium.com/deep-dive-into-multi-cluster-with-linkerd-terraform-and-naver-cloud-e1ac44e93b53

55. In the Accused '584 Products, the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task. For example, in the Kubernetes-based ORION provides different computing environments for data ingestion tasks versus data processing tasks, as seen below:

ORION's architecture combines multiple AI and machine learning (ML) models, supported by high-performance computing infrastructure. Here's how it works:

1. **Data Ingestion:** ORION pulls data from GPS, telematics devices, historical delivery records, and real-time sources like traffic and weather feeds.
2. **Decision-Making:** It uses reinforcement learning algorithms to evaluate millions of route combinations, selecting the most efficient one for each driver.
3. **Continuous Learning:** As drivers complete routes, ORION collects feedback to refine its models, making it smarter with every delivery.

https://cdotimes.com/2025/01/06/ups-and-agentic-ai-a-case-study-in-logistics-innovation/

ORION is a massive optimization engine that relies on a specific data pipeline.

**The Input (Data Lake vs. API)**

The system ingests Package Level Detail (PLD) data, which includes weight, dimensions, and customer requirements. UPS doesn't rely on generic map data or standard APIs like Google Maps. They've built a proprietary database that includes granular details generic maps miss: the height of a specific loading dock, the existence of a private driveway, or the security codes for a gate.

**The Processing (Heuristics)**

Every morning, before a driver even turns the key, ORION's algorithms run in the cloud, testing approximately 200,000 possible route combinations for that single driver. It uses advanced Operations Research meta-heuristics (likely variants of Simulated Annealing or Genetic Algorithms) to find a route that balances distance, time, and fuel consumption.

https://medium.com/@adithyan7401pramod/beyond-the-map-how-ups-solves-the-traveling-salesman-problem-at-scale-with-big-data-804f0c31135b

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Depending on your architectural design, different clusters in your environment require different configurations to meet the specific needs of each cluster. That is detailed work, and there is no way around it. Another level of the same challenge is the firewall configuration. In a single-cluster architecture, you are accessing a single API server at a specific address.

https://traefik.io/glossary/understanding-multi-cluster-kubernetes

Multi-clusters in Kubernetes are the deployment of several clusters across different data centres or cloud regions. In terms of your application, it means using more than one Kubernetes cluster to deploy and manage your product.

https://www.everythingdevops.dev/blog/introduction-to-multi-clusters

# Define clusters, users, and contexts

Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.

https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/

# Jobs

Jobs represent one-off tasks that run to completion and then stop.

A Job creates one or more Pods and will continue to retry execution of the Pods until a specified number of them successfully terminate. As pods successfully complete, the Job tracks the successful completions. When a specified number of successful completions is reached, the task (ie, Job) is complete. Deleting a Job will clean up the Pods it created. Suspending a Job will delete its active Pods until the Job is resumed again.

A simple case is to create one Job object in order to reliably run one Pod to completion. The Job object will start a new Pod if the first Pod fails or is deleted (for example due to a node hardware failure or a node reboot).

https://kubernetes.io/docs/concepts/workloads/controllers/job/

56. In the Accused ’584 Products, the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and the data storage. For example, in the Kubernetes-

based ORION, each Kubernetes cluster comprises nodes, a CPU, and a memory linked by a control plane.

# Resource Management for Pods and Containers

When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/



## Core Components

A Kubernetes cluster consists of a control plane and one or more worker nodes. Here's a brief overview of the main components:

### Control Plane Components

Manage the overall state of the cluster:

**kube-apiserver**

The core component server that exposes the Kubernetes HTTP API.

**etcd**

Consistent and highly-available key value store for all API server data.

**kube-scheduler**

Looks for Pods not yet bound to a node, and assigns each Pod to a suitable node.

**kube-controller-manager**

Runs controllers to implement Kubernetes API behavior.

**cloud-controller-manager (optional)**

Integrates with underlying cloud provider(s).

### Node Components

Run on every node, maintaining running pods and providing the Kubernetes runtime environment:

**kubelet**

Ensures that Pods are running, including their containers.

**kube-proxy (optional)**

Maintains network rules on nodes to implement Services.

**Container runtime**

Software responsible for running containers. Read Container Runtimes to learn more.

https://kubernetes.io/docs/concepts/overview/components/

57. In the Accused '584 Products the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network. For example, in the Kubernetes-based ORION, each Kubernetes cluster is linked to UPS's private network via the Kubernetes Gateway API.

# Ingress

Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.

ⓘ **FEATURE STATE:** `Kubernetes v1.19 [stable]`

An API object that manages external access to the services in a cluster, typically HTTP.

Ingress may provide load balancing, SSL termination and name-based virtual hosting.

## Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

## What is Ingress?

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

Here is a simple example where an Ingress sends all its traffic to one Service:




Figure. Ingress

https://kubernetes.io/docs/concepts/services-networking/ingress/

# Gateway API

Gateway API is a family of API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

Make network services available by using an extensible, role-oriented, protocol-aware configuration mechanism. Gateway API is an add-on containing API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

## Design principles

The following principles shaped the design and architecture of Gateway API:

- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:
  - **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.
  - **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.
  - **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.
- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.
- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.
- **Extensible:** Gateway allows for custom resources to be linked at various layers of the API. This makes granular customization possible at the appropriate places within the API structure.

## Resource model

Gateway API has four stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.
- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.
- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.
- **GRPCRoute:** Defines gRPC-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

Gateway API is organized into different API kinds that have interdependent relationships to support the role-oriented nature of organizations. A Gateway object is associated with exactly one GatewayClass; the GatewayClass describes the gateway controller responsible for managing Gateways of this class. One or more route kinds such as HTTPRoute, are then associated to Gateways. A Gateway can filter the routes that may be attached to its `listeners`, forming a bidirectional trust model with routes.

The following figure illustrates the relationships of the three stable Gateway API kinds:




Here is a simple example of HTTP traffic being routed to a Service by using a Gateway and an HTTPRoute:




https://kubernetes.io/docs/concepts/services-networking/gateway/

58. In the Accused '584 Products, the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network. For example, in the Kubernetes-based ORION, each Kubernetes cluster comprises nodes, a CPU, and a memory linked by a control plane.

## Ingress

Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.

ⓘ **FEATURE STATE:** `Kubernetes v1.19 [stable]`

An API object that manages external access to the services in a cluster, typically HTTP.

Ingress may provide load balancing, SSL termination and name-based virtual hosting.

## Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

## What is Ingress?

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

Here is a simple example where an Ingress sends all its traffic to one Service:




Figure. Ingress

https://kubernetes.io/docs/concepts/services-networking/ingress/

# Gateway API

Gateway API is a family of API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

Make network services available by using an extensible, role-oriented, protocol-aware configuration mechanism. Gateway API is an add-on containing API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

## Design principles

The following principles shaped the design and architecture of Gateway API:

- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:
  - **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.
  - **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.
  - **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.
- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.
- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.
- **Extensible:** Gateway allows for custom resources to be linked at various layers of the API. This makes granular customization possible at the appropriate places within the API structure.

## Resource model

Gateway API has four stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.
- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.
- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.
- **GRPCRoute:** Defines gRPC-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

Gateway API is organized into different API kinds that have interdependent relationships to support the role-oriented nature of organizations. A Gateway object is associated with exactly one GatewayClass; the GatewayClass describes the gateway controller responsible for managing Gateways of this class. One or more route kinds such as HTTPRoute, are then associated to Gateways. A Gateway can filter the routes that may be attached to its `listeners`, forming a bidirectional trust model with routes.

The following figure illustrates the relationships of the three stable Gateway API kinds:




Here is a simple example of HTTP traffic being routed to a Service by using a Gateway and an HTTPRoute:




https://kubernetes.io/docs/concepts/services-networking/gateway/

59. In the Accused ’584 Products, communications between the first cluster and the second cluster are isolated. For example, in the Kubernetes-based ORION, workloads are isolated into different clusters.

## Workload Isolation

Multi-cluster Kubernetes allows you to isolate different workloads, such as development, staging, and production environments, in separate clusters. This improves fault tolerance and reduces the risk of cascading failures. Workload isolation also enables you to enforce strict resource quotas and security policies on a per-cluster basis.

https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/

# Configure Access to Multiple Clusters

This page shows how to configure access to multiple clusters by using configuration files. After your clusters, users, and contexts are defined in one or more configuration files, you can quickly switch between clusters by using the `kubectl config use-context` command.

# Define clusters, users, and contexts

Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.

https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/

60. In the Accused '584 Products, the first cluster and the second cluster are each a high performance cluster. For example, in the Kubernetes-based ORION, each cluster is configured to run a significant number of processing tasks.

"An algorithm based solely on reducing costs will do whatever it needs to do to save a penny," Levis says. "But an optimization engine like ORION calculates the tradeoffs between competing demands."

The algorithm consists of about 1,000 pages of optimization code and was developed by optimization research experts. ORION is, arguably, "the largest operations research project in the world," according to Levis. Today, it runs constantly on a bank of servers sized to run 30,000 optimizations per minute.

https://www.wsj.com/articles/at-ups-the-algorithm-is-the-driver-1424136536?msockid=12cee625c1876d7f1df9f134c0776c00

algorithm. The infrastructure supports 30,000 route optimizations per minute. To support this mission-critical system, UPS operates two mirrored data centers, each with 300 servers. If equipment in one of these data centers fails, processing immediately switches to the backup data center. To ensure high availability, 20 SQL databases are active across three clusters. Optimizations are handled by a farm of 168 blade servers with 16 cores each. The time and distance matrices are calculated by a farm of 63 blade servers with 16 cores each.

https://transp-or.epfl.ch/courses/decisionAid2018/labs/Lab_1/Paper_Lab1_2018.pdf




Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.



Planet scale

Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.

https://kubernetes.io/

**COUNT III**

(Defendant's Infringement of U.S. Patent No. 7,822,841)

61. The preceding paragraphs are incorporated by reference as if fully set forth herein.

62. The claims of the '841 Patent are directed to valid, enforceable, and patent eligible subject matter. Particularly, the '841 Patent claims and teaches improved systems and methods for monitoring clusters in a dynamic and scalable multi-cluster computing system. As discussed in Count II, at the time of the invention, there was a technical need for hosted cluster computing that was configurable and scalable to meet each client's needs. However, because hosted multi-cluster systems are large and complex, a conventional monitoring system is insufficient to monitor all client cluster components. To address this technical issue, the '841 patent teaches a plurality of monitoring system components that monitor at the per-node and cluster levels.

63. The monitoring system taught by the ’841 patent solves the aforementioned technical problems by teaching a monitoring system comprising a per-node monitoring system, and a main monitor. Each per-node monitoring system checks for hardware and software problems on its node, while the main monitor operates to monitor a plurality of clusters for operating and connectivity problems. Each node’s per-node monitoring system reports its status back to the main monitor. The claimed layered monitoring architecture (e.g., comprising the components including the per-node monitoring systems and the main monitor) allows for additional components to be integrated into an existing monitoring system that is insufficiently sized, while allowing the clusters to be configured differently.

64. This technical solution to a technical need confers a number of advantages that would be apparent to those skilled in the art. The claimed layered monitoring architecture enables clusters to be differentially configured while being scalable. Prior cluster monitoring systems did not have such configuration and scaling capabilities.

65. Defendant has directly infringed and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, at least claim 1 of the ’841 Patent by making, using, selling, offering for sale, and/or importing into the United States products and/or services covered by one or more claims of the ’841 Patent. Defendant’s products and/or services that infringe the ’841 Patent include, but are not limited to, UPS’s ORION (On-Road Integrated Optimization and Navigation), as well as any other UPS products and/or services, either alone or in combination, that operate in substantially the same manner (the “Accused ’841 Products” ).

66. Claim 1 of the ’841 Patent is reproduced below:

*1. A computer system for hosting computing clusters for clients, comprising:*

*a private communications network linked to a public communications network;*

*a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;*

*a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network;*

*a monitoring system monitoring operations of the first and second clusters identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems;*

*wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task;*

*wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems with the main monitor.*

67. The Accused ’841 Products provide a computer system for hosting computing clusters for clients. For example, ORION runs on Kubernetes, a system for automating deployment, scaling, and management of clusters, as seen below:

By leveraging technologies like ORION (On-Road Integrated Optimization and Navigation), UPS significantly enhances delivery efficiencies, which translates into greater efficiencies for manufacturers. The system employs artificial intelligence and machine learning to identify the most efficient route for each driver, based on package volume, customer locations, and traffic patterns. It continuously learns and adapts from real-time data, offering instant rerouting based on road and weather conditions, as well as the driver’s location.

https://www.ups.com/us/en/customized-shipping-logistic-services/manufacturing-logistics-services/power-your-business-with-sustainable-warehousing

As with ORION, UPS developed UPSNav with in-house technology for the unique role of its delivery drivers and leveraging UPS maps.

https://about.ups.com/us/en/newsroom/press-releases/innovation-driven/ups-deploys-purpose-built-navigation-for-ups-service-personnel.html

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Operators are software extensions to Kubernetes that make use of custom resources to manage applications and their components. Operators follow Kubernetes principles, notably the control loop.

https://kubernetes.io/docs/concepts/extend-kubernetes/operator/

Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

https://kubernetes.io/

You can download Kubernetes to deploy a Kubernetes cluster on a local machine, into the cloud, or for your own datacenter.

https://kubernetes.io/docs/setup/




Figure 1. Kubernetes cluster components.

https://kubernetes.io/docs/concepts/architecture/

68. Furthermore, the Accused '841 Products provide a private communications network linked to a public communications network. For example, ORION includes UPS's private cloud environments (for example, UPS's Package Flow Technology (PFT) foundation) which are linked, via Kubernetes, to public cloud environments, such as the Internet, as seen below:

ORION sits atop the innovative Package Flow Technology (PFT) foundation that UPS developed to streamline and modernize its P&D operations. Launched in 2003, PFT enabled UPS to become more flexible and introduce a host of customized services. PFT combines data from multiple sources, public as well as proprietary, and advanced analytical tools to provide UPS with unparalleled flexibility and efficiency that were necessary to meet today's complex needs. PFT alone (excluding ORION savings) is credited with saving 8.5 million gallons of fuel, and reducing the $CO_2$ emissions by 85,000 metric tons annually. A decade after it was deployed, *InformationWeek* named PFT as one of the "20 Great Ideas to Steal in 2013." PFT combines data from multiple sources.

https://www.informs.org/Impact/O.R.-Analytics-Success-Stories/Optimizing-Delivery-Routes

**1.3 Big Data At Ups**

UPS is no stranger to big data, having begun to capture and track a variety of package movements and transactions as early as the 1980s. The company now tracks data on 16.3 million packages per day for 8.8 million customers, with an average of 39.5 million tracking requests from customers per day. The company stores over 16 peta-bytes of data [9].

Much of its recently acquired big data, however, comes from telematic sensors in over 46,000 vehicles. The data on UPS package cars (trucks), for example, includes their speed, direction, braking, and drive train performance [10]. The data is not only used to monitor daily performance, but to drive a major redesign of UPS drivers' route structures. This

initiative, called ORION (On-Road Integrated Optimization and Navigation), is arguably the world's largest operations research project. It also relies heavily on online map data, and will eventually reconfigure a driver's pickups and drop-offs in real time. The project has already led to savings in 2011 of

https://research.ijcaonline.org/volume108/number12/pxc3900288.pdf

https://www.youtube.com/watch?v=vyqIuXB_Qug (statement by Juan Perez, Chief Information Officer, UPS at 21:04-29) ("In terms of reliability, we mirror data across two data centers, very capable, very strong data centers. And we use redundant servers. If any server has a failure, the system automatically removes that server from the server farm and transfers that entire load to another server automatically. If a catastrophic failure happens in a given data center, the other data center takes over in minutes.")

Cloud infrastructure technologies let you run Kubernetes on public, private, and hybrid clouds. Kubernetes believes in automated, API-driven infrastructure without tight coupling between components.

The cloud-controller-manager is a Kubernetes control plane component that embeds cloud-specific control logic. The cloud controller manager lets you link your cluster into your cloud provider's API, and separates out the components that interact with that cloud platform from components that only interact with your cluster.

https://kubernetes.io/docs/concepts/architecture/cloud-controller/

Kubernetes and hybrid cloud are a natural fit, with Kubernetes as the bridge connecting the disparate private and public cloud environments. Whether running workloads on-premises, in public clouds, or in combination, Kubernetes provides a unified management layer, enabling seamless application deployment, workload mobility, and resource optimization. By deploying Kubernetes in a hybrid cloud setup, organizations can achieve unprecedented scalability, agility, and portability across their infrastructure.

https://www.apptio.com/topics/kubernetes/multi-cloud/hybrid/?src=kc-com

69. The Accused '841 Products further include a first cluster in a first configuration and a second cluster in a second configuration, each comprising a set of computing resources, including at least one hardware processor, wherein each of the first and second clusters is communicatively linked to the private communications network. For example, ORION includes several cluster configurations, where each configuration includes software and hardware specific to a particular use, such as data-ingestion, decision-making, and continuous learning. Each compute resource includes a processor and is networked via a private communication network as noted above and illustrated below:

ORION's architecture combines multiple AI and machine learning (ML) models, supported by high-performance computing infrastructure. Here's how it works:

1. **Data Ingestion:** ORION pulls data from GPS, telematics devices, historical delivery records, and real-time sources like traffic and weather feeds.
2. **Decision-Making:** It uses reinforcement learning algorithms to evaluate millions of route combinations, selecting the most efficient one for each driver.
3. **Continuous Learning:** As drivers complete routes, ORION collects feedback to refine its models, making it smarter with every delivery.

https://cdotimes.com/2025/01/06/ups-and-agentic-ai-a-case-study-in-logistics-innovation/

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

https://kubernetes.io/docs/concepts/architecture/

Containers are similar to VMs, but they have relaxed isolation properties to share the Operating System (OS) among the applications. Therefore, containers are considered lightweight. Similar to a VM, a container has its own filesystem, share of CPU, memory, process space, and more. As they are decoupled from the underlying infrastructure, they are portable across clouds and OS distributions.

https://kubernetes.io/docs/concepts/overview/

When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/

This page shows how to assign a CPU *request* and a CPU *limit* to a container. Containers cannot use more CPU than the configured limit. Provided the system has CPU time free, a container is guaranteed to be allocated as much CPU as it requests.

https://kubernetes.io/docs/tasks/configure-pod-container/assign-cpu-resource/



https://gtrekter.medium.com/deep-dive-into-multi-cluster-with-linkerd-terraform-and-naver-cloud-e1ac44e93b53

You can download Kubernetes to deploy a Kubernetes cluster on a local machine, into the cloud, or for your own datacenter.

https://kubernetes.io/docs/setup/

Cloud infrastructure technologies let you run Kubernetes on public, private, and hybrid clouds. Kubernetes believes in automated, API-driven infrastructure without tight coupling between components.

https://kubernetes.io/docs/concepts/architecture/cloud-controller/




https://kubernetes.io/docs/concepts/architecture/cloud-controller/

70. In addition, the Accused '841 Products include a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems. For example, the Kubernetes-based ORION monitors clusters for application performance or network issues, and generates an alert when a problem is detected, as seen below:

https://www.youtube.com/watch?v=vyqIuXB_Qug (statement by Juan Perez, Chief Information Officer, UPS at 21:04-29) ("In terms of reliability, we mirror data across two data centers, very capable, very strong data centers. And we use redundant servers. If any server has a failure, the system automatically removes that server from the server farm and transfers that entire load to another server automatically. If a catastrophic failure happens in a given data center, the other data center takes over in minutes.")

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Kubernetes monitoring gives you insight into the health and performance of your containerized applications. It's how you monitor everything running inside your Kubernetes clusters, from individual containers and pods to overall cluster resources.

**Comprehensive monitoring is key for healthy Kubernetes clusters:** Track resource usage, application performance, network health, and pod status to gain a complete picture of your system. Use tools like Prometheus and Grafana for robust data collection and visualization.

Network performance is critical for any distributed application, and Kubernetes is no exception. Monitoring network metrics like network traffic, latency, and packet loss helps identify and resolve network issues that can impact application performance.

https://www.plural.sh/blog/monitor-kubernetes-cluster/

## Example: alerting based on from kube-state-metrics

Metrics generated from kube-state-metrics also allow for alerting on issues in the cluster.

If you use Prometheus or a similar tool that uses the same alert rule language, the following alert will fire if there are pods that have been in a `Terminating` state for more than 5 minutes:

```
groups:
- name: Pod state
  rules:
  - alert: PodsBlockedInTerminatingState
    expr: count(kube_pod_deletion_timestamp) by (namespace, pod) * count(kube_pod_status_reason{reas
    for: 5m
    labels:
      severity: page
    annotations:
      summary: Pod {{$labels.namespace}}/{{$labels.pod}} blocked in Terminating state.
```

https://kubernetes.io/docs/concepts/cluster-administration/kube-state-metrics/

71. In addition, the Accused '841 Products include clusters wherein the first configuration differs from the second configuration, and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task. For example, in Kubernetes-based ORION, each cluster can be configured using a unique configuration for different user workloads (i.e., data ingestion, decision-making, etc.).

ORION's architecture combines multiple AI and machine learning (ML) models, supported by high-performance computing infrastructure. Here's how it works:

1. **Data Ingestion:** ORION pulls data from GPS, telematics devices, historical delivery records, and real-time sources like traffic and weather feeds.
2. **Decision-Making:** It uses reinforcement learning algorithms to evaluate millions of route combinations, selecting the most efficient one for each driver.
3. **Continuous Learning:** As drivers complete routes, ORION collects feedback to refine its models, making it smarter with every delivery.

https://cdotimes.com/2025/01/06/ups-and-agentic-ai-a-case-study-in-logistics-innovation/

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Depending on your architectural design, different clusters in your environment require different configurations to meet the specific needs of each cluster. That is detailed work, and there is no way around it. Another level of the same challenge is the firewall configuration. In a single-cluster architecture, you are accessing a single API server at a specific address.

https://traefik.io/glossary/understanding-multi-cluster-kubernetes

Multi-clusters in Kubernetes are the deployment of several clusters across different data centres or cloud regions. In terms of your application, it means using more than one Kubernetes cluster to deploy and manage your product.

https://www.everythingdevops.dev/blog/introduction-to-multi-clusters




A Kubernetes control plane component that embeds cloud-specific control logic. The cloud controller manager lets you link your cluster into your cloud provider's API, and separates out the components that interact with that cloud platform from components that only interact with your cluster.

https://kubernetes.io/docs/concepts/architecture/




https://gtrekter.medium.com/deep-dive-into-multi-cluster-with-linkerd-terraform-and-naver-cloud-e1ac44e93b53

72. Furthermore, the Accused '841 Products include a monitoring system comprising a main monitor that operates to monitor the first and second clusters to identify the operation and

connectivity problems. For example, the Kubernetes-based ORION uses the Kubernetes API to monitor the performance and network health of each cluster.

https://www.youtube.com/watch?v=vyqIuXB_Qug (statement by Juan Perez, Chief Information Officer, UPS at 21:04-29) ("In terms of reliability, we mirror data across two data centers, very capable, very strong data centers. And we use redundant servers. If any server has a failure, the system automatically removes that server from the server farm and transfers that entire load to another server automatically. If a catastrophic failure happens in a given data center, the other data center takes over in minutes.")

UPS' On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka's exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Kubernetes monitoring gives you insight into the health and performance of your containerized applications. It's how you monitor everything running inside your Kubernetes clusters, from individual containers and pods to overall cluster resources.

**Comprehensive monitoring is key for healthy Kubernetes clusters:** Track resource usage, application performance, network health, and pod status to gain a complete picture of your system. Use tools like Prometheus and Grafana for robust data collection and visualization.

Network performance is critical for any distributed application, and Kubernetes is no exception. Monitoring network metrics like network traffic, latency, and packet loss helps identify and resolve network issues that can impact application performance.

https://www.plural.sh/blog/monitor-kubernetes-cluster/

# Kubernetes API

Kubernetes' API is the application that serves Kubernetes functionality through a RESTful interface and stores the state of the cluster.

https://kubernetes.io/docs/reference/kubernetes-api/

- **API server health**: The Kubernetes API server controls the cluster. Monitor its request latency and error rates (specifically 4xx and 5xx HTTP codes). High latency can slow down the entire cluster, including deployments and autoscaling.

https://developers.redhat.com/articles/2025/12/17/modern-kubernetes-monitoring-metrics-tools-and-aiops#key_metrics_to_monitor_in_your_kubernetes_environment

73. Additionally, the Accused ’841 Products include a monitoring system comprising monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor. For example, Kubernetes-based ORION uses Node Problem Detectors (NPD), which detects the node’s hardware or software problems and reports them to Kubernetes API.

https://www.youtube.com/watch?v=vyqIuXB_Qug (statement by Juan Perez, Chief Information Officer, UPS at 21:04-29) (“In terms of reliability, we mirror data across two data centers, very capable, very strong data centers. And we use redundant servers. If any server has a failure, the system automatically removes that server from the server farm and transfers that entire load to another server automatically. If a catastrophic failure happens in a given data center, the other data center takes over in minutes.”)

UPS’ On-Road Integrated Optimization and Navigation (ORION) agent-planner-executor engine replans about 20 million stops every 30 seconds. Strictly versioned Kafka change feeds protect the C++ optimizer from schema surprises and have already trimmed approximately 100 million road miles and $300 million in fuel expenses yearly. The system leverages Apache Kafka’s exactly-once semantics with Avro schema registry integration, ensuring that route optimization algorithms receive consistent data structures even during rolling updates. Custom Kubernetes operators manage the deployment of containerized optimization workloads across multiple availability zones, maintaining subsecond failover capabilities.

https://pubsonline.informs.org/do/10.1287/LYTX.2025.04.01/full/

Kubernetes monitoring gives you insight into the health and performance of your containerized applications. It's how you monitor everything running inside your Kubernetes clusters, from individual containers and pods to overall cluster resources.

**Comprehensive monitoring is key for healthy Kubernetes clusters:** Track resource usage, application performance, network health, and pod status to gain a complete picture of your system. Use tools like Prometheus and Grafana for robust data collection and visualization.

Network performance is critical for any distributed application, and Kubernetes is no exception. Monitoring network metrics like network traffic, latency, and packet loss helps identify and resolve network issues that can impact application performance.

https://www.plural.sh/blog/monitor-kubernetes-cluster/

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.

https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/

**Metric to alert on: Node status**

This cluster state metric provides a high-level overview of a node's health and whether the scheduler can place pods on that node. It runs checks on the following node conditions:

- `OutOfDisk`
- `Ready` (node is ready to accept pods)
- `MemoryPressure` (node memory is too low)
- `PIDPressure` (too many running processes)
- `DiskPressure` (remaining disk capacity is too low)
- `NetworkUnavailable`

Each check returns `true`, `false`, or, if the worker node hasn't communicated with the relevant Control Plane node for a grace period (which defaults to 40 seconds), `unknown`. In particular, the `Ready` and `NetworkUnavailable` checks can alert you to nodes that are unavailable or otherwise not usable so that you can troubleshoot further. If a node returns `true` for the `MemoryPressure` or `DiskPressure` check, the kubelet attempts to reclaim resources. This includes garbage collection and possibly deleting pods from the node.

https://www.datadoghq.com/blog/monitoring-kubernetes-performance-metrics/




https://github.com/kubernetes/node-problem-detector/issues/279

**WILLFUL AND INDIRECT INFRINGEMENT OF ASSERTED PATENTS**

74. UPS knew of the Asserted Patents, or should have known of the Asserted Patents, but was willfully blind to their existence. UPS has had actual knowledge of the Asserted Patents at least since May 11, 2026, when it received a copy of IV's Complaint for Patent Infringement served in the Western District of Texas action 26-cv-1150-ABD. At least by the time of trial, UPS will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to infringement of one or more claims of the Asserted Patents.

75. UPS has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the Asserted Patents by contributing and/or inducing its partners, vendors, customers, and/or third parties to use its products or services, such as ORION, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the Asserted Patents. For example, on

information and belief, UPS offers products and services to its customers and third parties and/or employees that leverage ORION.

76. On information and belief, UPS, with knowledge at least since its receipt of IV's Complaint for Patent Infringement served in the Western District of Texas action 26-cv-1150-ABD, also indirectly infringes the Asserted Patents by inducing its employees, customers, and other third parties (such as vendors) to use ORION, as well as any other UPS product and/or service, alone or in combination, that operates in substantially the same manner, and provides documents that include instructions regarding how to use UPS products and services that use Kubernetes in an infringing manner, for example:

- https://www.ups.com/us/en/customized-shipping-logistic-services/manufacturing-logistics-services/power-your-business-with-sustainable-warehousing
- https://about.ups.com/us/en/newsroom/press-releases/innovation-driven/ups-deploys-purpose-built-navigation-for-ups-service-personnel.html

77. UPS actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the Asserted Patents by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate or distinct technology that is especially made or especially adapted for use in infringement of the Asserted Patents, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

78. UPS therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third parties' infringement of the

Asserted Patents, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale at least the ORION system, as well as any other UPS product and/or service, alone or in combination, that operates in substantially the same manner, in a manner that infringes one or more claims of the Asserted Patents. ORION especially made or adapted for infringing the Asserted Patents and has no substantial non-infringing use.

79. As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

**Prayer for Relief**

WHEREFORE, Plaintiff prays for judgment and seeks relief from Defendant as follows:

(A) For judgment that Defendant has infringed and continues to infringe the claims of the '844, '584, and '841 Patents;

(B) For a permanent injunction against Defendant and its respective officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the '844, '584, and '841 Patents;

(C) For an accounting of all damages sustained by Plaintiff as a result of Defendant's acts of infringement;

(D) In the event Defendant is not permanently enjoined, for a mandatory future royalty payable on each and every future sale or use by Defendant of a product or service that is found to infringe one or more of the Asserted Patents and on all future products and services which are not colorably different from products and services found to infringe;

(E) For a judgment and order finding that Defendant's infringement is willful and/or egregious and awarding to Plaintiff enhanced damages pursuant to 35 U.S.C. § 284;

(F) For a judgment and order requiring Defendant to pay Plaintiff's damages, costs, expenses, and pre- and post-judgment interest for its infringement of the '844, '584, and '841 Patents as provided under 35 U.S.C. § 284;

(G) For a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees; and

(H) For such other and further relief in law and in equity as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action for all issues triable by a jury

Dated: November 4, 2026

Respectfully submitted,

FARNAN LLP

*<u>/s/ Michael J. Farnan</u>*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Of Counsel:

Matthew D. Vella
mvella@princelobel.com
Robert Gilman
rgilman@princelobel.com
Brian Seeve
bseeve@princelobel.com
Kevin Gannon
kgannon@princelobel.com
Amanda L'Esperance
alesperance@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Steven R. Daniels
sdaniels@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, TX 78701
Tel: (617) 456-8000

*Attorneys for Plaintiff*